223 So.2d 873

**Lucille Delaunde DAIGLE**

**v.**

**Gerald Joseph DAIGLE.**

No. 49927.

June 27, 1969.

In re: Gerald Joseph Daigle applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of West Baton Rouge. 222 So.2d 318.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

◼

223 So.2d 873

**Patricia Ann WEST**

**v.**

**CONTINENTAL OIL COMPANY et al.**

No. 49924.

June 27, 1969.

In re: Patricia Ann West applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 222 So.2d 104.

Writs refused. On the facts found by the Court of Appeal we find no error of law in its judgment.